IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| ROBERT H. BURNS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 326-023 |
| | ) | |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Defendant moves to stay discovery pending resolution of its motion to dismiss. Plaintiff did not respond, and the motion is therefore deemed unopposed. <u>See</u> Loc. R. 7.5. Accordingly, the Court **GRANTS** the request, (doc. no. 20), and **STAYS** discovery, as well as all subsequent case deadlines set by the Scheduling Order, (doc. no. 16), pending a ruling on the motion to dismiss, (doc. no. 18). Should any portion of the case remain after resolution of the motion to dismiss, the parties shall confer and submit a new Rule 26(f) Report, with proposed case deadlines, within seven days of the presiding District Judge's ruling. In the event that ruling provides further instructions to the parties that justifies continuation of the stay, the parties shall inform the undersigned to that effect in a joint status report to be filed within seven days of the presiding District Judge's ruling.

SO ORDERED this 26th day of June, 2026, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA