AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

ROBERT H. BURNS, JR.

JUDGMENT IN A CIVIL CASE

**V.**

CASE NUMBER: 3:26-CV-00023

STATE FARM FIRE AND CASULATY COMPANY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated September 2, 2026, Judgment is entered in favor of Defendant, State Farm Fire and Casualty Company. This case stands closed.

9/2/2026
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Ann Duke, Deputy Clerk*